IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| KIMBERLEY JEFFERSON and JOSEPH JEFFERSON | : Civil Action No. 2:13-cv-02262-EP |
| Plaintiffs, | : |
| v. | : |
| PFIZER INC., | : |
| Defendant. | : |

## ENTRY OF APPEARANCE

TO THE CLERK OF COURT:

Kindly enter my appearance on behalf of Kimberley and Joseph Jefferson, Plaintiffs in the above-referenced matter.

Dated: July 23, 2013

By: _____
Carrie R. Capouellez, Esquire
Lopez McHugh, LLP
1123 Admiral Peary Way
Philadelphia, PA 19112
Telephone: (215) 952-6910
Facsimile: (215) 952-6914
ccapouellez@lopezmchugh.com
*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of my Entry of Appearance was electronically filed with the Court on July 23, 2013, and is available for viewing and downloading from the ECF system. All counsel of record was served via this Court's electronic notification system.

Lopez McHugh, LLP

Dated: July 23, 2013       By: _____
                               Carrie R. Capouellez
                               *Attorney for Plaintiff*